UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>        *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>        *Defendant*. | Civ. A. No. 21-2833 (ABJ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Erika Oblea and withdraw the appearance of John Moustakas as counsel for Defendant in the above captioned case.

Dated: February 10, 2022

                                                                  Respectfully submitted,

                                                                  */s/ Erika Oblea*
                                                                   ERIKA OBLEA
                                                                   DC Bar #1034393
                                                                   Assistant United States Attorney
                                                                   U.S. Attorney's Office
                                                                   555 Fourth St., N.W.
                                                                   Washington, D.C. 20530
                                                                   Telephone: (202) 252-2567
                                                                   erika.oblea@usdoj.gov

                                                                   *Counsel for Defendant*