UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | Civ. A. No. 21-2833 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 13, 2022, Defendant Department of Defense ("DOD") files this report, as an alternative to a dispositive motion, to set forth the schedule for the completion of its production of documents to Plaintiff. The parties have conferred and submit the following status report:

This Freedom of Information Act ("FOIA") action seeks certain communications made and received by a host of senior DOD officials between January 20, 2021, and March 29, 2021. Compl. ¶ 7, ECF No. 1. Defendant DOD has already identified approximately 1,755 pages of potentially responsive documents and continues to search for additional records responsive to Plaintiff's request. DOD will have a better sense of when its search for responsive records will be completed before the parties' next Joint Status Report.

The parties therefore respectfully propose that they file a further joint status report on or before April 11, 2022, and then every 60 days thereafter to update the Court on the progress of DOD's search, processing, and a proposed schedule for filing a *Vaughn* index and dispositive motions, if required.

Dated: February 10, 2022          Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/ Erika Oblea
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendant*


/s/  Jeremiah Lee Morgan
JEREMIAH LEE MORGAN
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
Jmorgan@lawandfreedom.com

*Counsel for Plaintiff*